COMMONWEALTH of Pennsylvania, Respondent

v.

Benjamin Joseph KERRICK, Petitioner

No. 174 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Kevin D. JORDAN, Petitioner

v.

Trevor A. WINGARD and Kathleen G. Kane, Respondents

No. 140 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas S. GERVASI, Petitioner

No. 169 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.